IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

KIMBERLY S. NETTERS

No. 05cr20110-7-B
No. 05cr20112-2-Ma

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant had previously notified the Court that she is attempting to obtain private counsel to represent her in this action. The defendant appeared this day without the benefit of counsel and requested that counsel be appointed.

The Court determined that defendant does qualify for court appointed counsel and appointed an attorney from the CJA panel to represent her.

Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), the time period of 4/20/05 through 4/27/05 is hereby excluded to allow defense counsel additional time for effective preparation.

**ARRAIGNMENT IS RESET TO WEDNESDAY, APRIL 27, 2005 AT 9:30 A.M. BEFORE MAGISTRATE JUDGE TU M. PHAM.**

This 20 day of April, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20112 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT